[No. 60898-3-I.   Division One.   October 27, 2008.]

*In the Matter of the Dependency of* M.W.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. CHARLES WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-7-03742-8, Ronald Kessler, J., entered November 5, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Leach, JJ.

[No. 60957-2-I.   Division One.   October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. KINA MARVIA HOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-12905-7, George T. Mattson, J., entered December 3, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 61049-0-I; 60213-6-I.   Division One.   October 27, 2008.]

DAVID GOODMAN, *Appellant,* v. THE UNIVERSITY OF WASHINGTON, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 07-2-25879-5, John P. Erlick, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 61065-1-I.   Division One.   October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN ROBERT EDWARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01220-9, Steven J. Mura, J., entered September 20, 2007. *Remanded* by unpublished per curiam opinion.